1  CAL J. POTTER, III, ESQ.
   Nevada Bar No. 1988
2  POTTER LAW OFFICES
   1125 Shadow Lane
3  Las Vegas, Nevada 89102
   Ph: (702) 385-1954
4  Fax: (702) 385-9081
   *Attorney for Plaintiff*
5
## DISTRICT COURT
6
## CLARK COUNTY, NEVADA
7

8  WILLIAM BOLZ,

9         Plaintiff,
                                            Case No. 2:12-cv-00288-JAD-PAL
10 vs.

11
   CITY OF NORTH LAS VEGAS, a political
12 subdivision of the State of Nevada; OFFICER
   SELWYN TALLY; OFFICER VITAL; NORTH
13 LAS VEGAS CHIEF OF POLICE; I-X, and
   JOHN DOES I-X, inclusive,
14
          Defendants.
15 _____/

16        **PLAINTIFF'S NOTICE OF WITHDRAWING MOTION**

17        COMES NOW, Plaintiff, WILLIAM BOLZ, by and through his attorney of record, CAL J

18 POTTER, III, ESQ. of POTTER LAW OFFICES, and hereby withdraw the Motion to Compel

19 filed September 10, 2013 [ECF 30].

20        Accordingly, the Plaintiff requests that this Court vacate the hearing currently set for

21 October 10, 2013 at 10:30 a.m.

22        DATED this 1st day of October, 2013.

23                                          POTTER LAW OFFICES

24                                          By    /s/ Cal J. Potter, III, Esq.
                                            CAL J. POTTER, III, ESQ.
25                                          Nevada Bar No. 1988
                                            1125 Shadow Lane
26                                          Las Vegas, Nevada 89102
                                            *Attorney for Plaintiff*
27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that pursuant to FRCP 5(b), I did serve at Las Vegas, Nevada on this 1st day of October, 2013 a true and correct copy of **PLAINTIFF'S NOTICE OF WITHDRAWING MOTION** on all parties to this action via the CM/ECF system addressed as follows:

Robert W. Freeman, Esq.
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Ph:  (702) 893-3383
Fax: (702) 893-3789
*Attorney for Defendants*

                      /s/ Jenna Enrico
                      An Employee of Potter Law Offices

IT IS SO ORDERED this 4th day of October, 2013.

Peggy A. Leen
United States Magistrate Judge