Robert W. Freeman, Jr., Esq.
Nevada Bar No.  003062
LEWIS BRISBOIS BISGAARD & SMITH
6385 S. Rainbow Blvd.
Las Vegas, Nevada 89118
(702) 893-3383
Attorneys for Defendants
City of North Las Vegas, North Las Vegas Chief of Police,
Officer Selwyn Talley and Officer Manuel Vital

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| WILLIAM BOLZ, | Case No.: 2:12-cv-00288-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO MOVE MOTION FOR SUMMARY JUDGMENT HEARING** |
| vs. | |
| CITY OF NORTH LAS VEGAS, a political subdivision of the State of Nevada; OFFICER SELWYN TALLY; OFFICER VITAL; NORTH LAS VEGAS CHIEF OF POLICE; I-X, and JOHN DOES I-X, inclusive, | |
| Defendants. | |

COMES NOW, Plaintiff and Defendants, by and through their respective counsel of record and hereby stipulate that the scheduled date of the Motion for Summary Judgment hearing, currently set for Monday, April 27, 2015 at 3:45 p.m. be moved to Monday, May 11, 2015 at 2:00 p.m.

Robert Freeman, Esq. counsel for Defendants has had an unexpected death in his family and will be out-of-state on the current hearing date.

Counsel for Plaintiff does not oppose this rescheduling.

…

…

…

…

1  WHEREFORE, the parties respectfully request that the Court move the Motion for

2 Summary Judgement hearing to Monday, May 11, 2015 at 2:00 p.m.

3 Dated this 22nd day of April, 2015.  Dated this 22nd day of April, 2015.

4 LEWIS BRISBOIS BISGAARD & SMITH LLP  POTTER LAW OFFICES

6  /s/ Robert W. Freeman     /s/ C.J. Potter, IV, Esq.
Robert W. Freeman, Jr., Esq.  Cal J. Potter, III, Esq.
Nevada Bar No. 3062  Nevada Bar No. 1988
7 1060 Wigwam Parkway  C. J. Potter, IV, Esq.
Henderson, Nevada 89074  Nevada Bar No. 13225
8 Attorney for Defendants  1125 Shadow Lane
Las Vegas, NV 89102
9  Attorneys for Plaintiff

11  **ORDER**

12  IT IS SO ORDERED.

13  Dated this **22nd** day of **April**, 2015.

15  _____
**RICHARD F. BOULWARE, II**
16  **United States District Judge**

Page 2